In the Matter of the Will of JAMES O. TRYBOM, Deceased.

DOROTHY M. HANNIGAN, Appellant; HENRIETTA J. TRYBOM, as Executrix of JAMES O. TRYBOM, Deceased, Respondent.

Submitted April 11, 1938; decided April 19, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 106.)

JENNIE KELLY, an Incompetent Person, by JOHN KELLY, Her Guardian ad Litem, et al., Appellants, v. MANHATTAN AND QUEENS TRACTION CORPORATION, Respondent.

Submitted April 18, 1938; decided April 22, 1938.

*Joseph M. Sullivan* for motion.
No one opposed.

Motion granted and appeals dismissed, with costs, and ten dollars costs of motion.